David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
 **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAZLIACH GAMLIEL AND PNINA GAMLIEL, INDIVIDUALLY AND AS TRUSTEES OF THE GAMLIEL FAMILY TRUST DATED JULY 31, 2008,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, AN ILLINOIS CORPORATION, AND DOES 1 TO 25, INCLUSIVE<br><br>    Defendants. | Case No. 2:21-cv-03427 MWF (DFMx)<br><br>(Case Assigned to Hon. Michael W. Fitzgerald)<br><br>**DECLARATION OF RANELLE ANORGA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:        March 7, 2022<br>Time:        10:00 am<br>Courtroom.:  5A |

I, Ranelle Anorga, declare as follows:

1.      I am over the age of eighteen and am not a party to this matter. I have personal knowledge of the following facts and if called upon to testify under oath I would do so competently. I submit this declaration in support of Plaintiffs' opposition to Defendant's Motion for Summary Judgment and/or, In The Alternative, Partial Summary Judgment.

2.      I am the wife of Cesar Angora, licensed plumber for Mainline Plumbing who performed work for Mazliach Gamliel at 517 Foothill Road, Beverly Hills, Ca. on July 7 and 8, 2020 for a burst pipe. I am a partner at Mainline Plumbing and I handle the administrative side. I do not do the plumbing work itself and do not visit properties, including the Gamliel residence.

3.      In early August 2020 I was informed by Eyal Gamliel that State Farm was denying coverage because they believed the burst pipe was under the foundation and that there was no property damage, both of which were not true. In response, I wrote a letter to State Farm and included a photo showing that the pipe was in fact in the foundation, not under it, and I stated that there was property damage. This was based on information I had received from my husband. A true and correct copy of this letter is attached hereto as Exhibit 1.

4.      In August 2020 I received a phone call from a State Farm adjuster regarding the claim that was filed. I explained that based on the information I received, the pipe was located in the foundation and the pipe had a large hole (not a tiny pinhole) that resulted in a sudden and massive release of water.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 09, 2022, at Los Angeles, California.

_____
Ranelle Anorga

## PROOF OF SERVICE
## STATE OF CALIFORNIA , COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 16130 Ventura Blvd., Suite 650, Encino, CA 91436.

On February 14, 2022, I served true copies of the following document(s) described as **DECLARATION OF RANELLE ANORGA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

Steven J. Elie, Esq.
Laura K. Kim, Esq.
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376
  s.elie@musickpeeler.com
  l.kim@musickpeeler.com
(Counsel for Defendant)

**BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from email address david@lakelawpc.com to counsel at the email address shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022, at Encino, California.

_____
David N. Lake