

# Mainline Plumbing and Rooter

12400 Ventura Blvd., #521          www.mainlineplumbingandrooter.com     818.509.1203          FAX 818.583.1785
Studio City, CA 91604             mlplumbing@yahoo.com                  CA LIC 889632

---

August 3, 2020
**Regarding:** Mazliach Gamliel / **Property Address:** 517 Foothill Rd Beverly Hills CA 90210

---

**To whom it may concern at State Farm Insurance,**

Per your request, to clarify the photo below: The pipe was completely encased in concrete in the foundation.  The discoloration you see is due to the saturation in water, it was extremely wet.  Also wet/completely saturated was the marble flooring we removed and the decorative panel in the dining room which we also removed.  The little pieces are chiseled concrete – not dirt.  If you require further clarification please let us know, thank you.

Sincerely, Ranelle Anorga (Owner)

