David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAZLIACH GAMLIEL AND PNINA GAMLIEL, INDIVIDUALLY AND AS TRUSTEES OF THE GAMLIEL FAMILY TRUST DATED JULY 31, 2008,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, AN ILLINOIS CORPORATION, AND DOES 1 TO 25, INCLUSIVE<br><br>        Defendants. | ) Case No. 2:21-cv-03427 MWF (DFMx)<br>)<br>) (Case Assigned to Hon. Michael W.<br>) Fitzgerald)<br>)<br>)<br>) **DECLARATION OF CESAR**<br>) **ANORGA IN SUPPORT OF**<br>) **PLAINTIFFS' MEMORANDUM**<br>) **OF POINTS AND AUTHORITIES**<br>) **IN OPPOSITION TO**<br>) **DEFENDANT'S MOTION FOR**<br>) **SUMMARY JUDGMENT AND/OR,**<br>) **IN THE ALTERNATIVE,**<br>) **PARTIAL**<br>) **SUMMARY JUDGMENT**<br>)<br>) Date:        March 7, 2022<br>) Time:        10:00 am<br>) Courtroom.:  5A<br>) |

Declaration In Opposition to Motion for Summary Judgment

I, Cesar Anorga, declare as follows:

1.    I am over the age of eighteen and am not a party to this matter. I have personal knowledge of the following facts and if called upon to testify under oath I would do so competently. I submit this declaration in support of Plaintiffs' opposition to Defendant's Motion for Summary Judgment and/or, In The Alternative, Partial Summary Judgment.

2.    I am the licensed plumber for Mainline Plumbing (California State License Board #889632). I have eighteen years experience as a plumber. I have handled hundreds if not thousands of burst pipes.

3.    On July 7, 2020 I performed the job of locating and repairing a burst pipe at 517 Foothill Road, Beverly Hills, Ca. Mr. Mazliach Gamliel was present both days.

4.    The pipe had burst in the foundation underneath large custom cabinets that existed on both sides of a wall that separates the formal dining room from a hallway. The cabinets had to be removed to access the pipe. And the wall (including custom, decorative panels) had to be broken to conduct the repair. The wall and decorative wood panels were wet as were the marble floors in the immediate area.

5.    The job took two days and my company invoiced Mr. Gamliel for $7500 and I specified that the pipe was "in the foundation". A true and correct copy of the invoice is attached hereto as Exhibit 2.

6.    At no time did I observe any mold anywhere, including in the drywall or decorative wood panels that had to be removed. Nor did I ever observe any signs of long term water damage such as rot, fungus, spongy or soft wood, or odor. In my experience that means this area was not wet for an extended period of time.

7. The hole in the pipe that caused the water discharge was not a tiny hole, (often referred to as a "pinhole"). It was much larger than that. This appeared to me to be a sudden discharge of a massive amount of water, not a slow spray or drip.

8. No one from State Farm has ever contacted me or to my knowledge attempted to speak with me personally regarding this job.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 09, 2022, at Los Angeles, California.



Cesar Anorga

## PROOF OF SERVICE
## STATE OF CALIFORNIA , COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 16130 Ventura Blvd., Suite 650, Encino, CA 91436.

On February 14, 2022, I served true copies of the following document(s) described as **DECLARATION OF CESAR ANORGA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

Steven J. Elie, Esq.
Laura K. Kim, Esq.
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376
   s.elie@musickpeeler.com
   l.kim@musickpeeler.com
(Counsel for Defendant)

**BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from email address david@lakelawpc.com to counsel at the email address shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022, at Encino, California.

_____
David N. Lake