# Mainline Plumbing and Rooter

12400 Ventura Blvd., #521        www.mainlineplumbingandrooter.com        818.509.1203        FAX 818.583.1785
Studio City, CA 91604        mlplumbing@yahoo.com        CA LIC 889632

---

**Date:** July 7 and 8, 2020
**Customer:** Menashe Gamliel                    **Property Address:** 518 Foothill Rd Beverly Hills CA 90210

---

## INVOICE

**ISSUE AND SCOPE OF WORK:**

There was a burst pipe in the foundation that needed replacement; two days' work, five men.

**TOTAL DUE: $7500.00**

**Gamliel 0017**