David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAZLIACH GAMLIEL AND PNINA GAMLIEL, INDIVIDUALLY AND AS TRUSTEES OF THE GAMLIEL FAMILY TRUST DATED JULY 31, 2008,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, AN ILLINOIS CORPORATION, AND DOES 1 TO 25, INCLUSIVE<br><br>        Defendants. | ) Case No. 2:21-cv-03427 MWF (DFMx)<br>)<br>) (Case Assigned to Hon. Michael W.<br>) Fitzgerald)<br>)<br>) **DECLARATION OF MAZLIACH**<br>) **GAMLIEL IN SUPPORT OF**<br>) **PLAINTIFFS' MEMORANDUM**<br>) **OF POINTS AND AUTHORITIES**<br>) **IN OPPOSITION TO**<br>) **DEFENDANT'S MOTION FOR**<br>) **SUMMARY JUDGMENT AND/OR,**<br>) **IN THE ALTERNATIVE,**<br>) **PARTIAL SUMMARY**<br>) **JUDGMENT**<br>)<br>) Date:        March 7, 2022<br>) Time:        10:00 am<br>) Courtroom.:  5A<br>) |

I, Mazliach Gamliel, declare as follows:

1.      I am over the age of eighteen and am a party to this matter.  I have personal knowledge of the following facts and if called upon to testify under oath I would do so competently.  I submit this declaration in support of Plaintiffs' opposition to Defendant's Motion for Summary Judgment and/or, In The Alternative, Partial Summary Judgment.

2.      My wife, Pnina Gamliel, and I are co-trustees of the trust that owns the house at 517 Foothill Road, Beverly Hills, Ca 90210 (the "Property").  I am the original owner and builder of the Property which I built in 1987.  It still has the original marble floors.

3.      Near the end of June 2020, I was informed by letter from the City of Beverly Hills that there was a sudden and unusual increase in water usage at the Property.  This was by way of letter which was sent regular mail.  I had no idea of this issue until that time because 1) I was not aware that Beverly Hills had an online system that monitors water flow, and 2) I had not yet received the inflated water bill (which comes only every two months).  My bill increased from $417.47 to $1,061.68.

4.      From the moment I received this letter I acted with the utmost urgency and diligence.  After receiving the letter, I immediately contacted a leak detection company called Goldak.  They recommended that I first check all toilets in the house for leaks.  There are nine toilets at the Property and I did locate one toilet that was continuously leaking.  I shut the water off to that toilet.  I waited a day and then checked again with the City which told me that according to its online monitoring system they saw water flowing.  After that, and this would have been right around the very end of June, 2020, I called Goldak again and they informed me they could come out on July 2, 2020 which they did.  They located the leak "under cabinets".  A true and correct copy of this report is attached hereto

as Exhibit 3.  The custom cabinets are located on both sides of a wall that separates the formal dining room from a hallway.  They are large cabinets and they sit on top of the marble in an area not normally accessible.

5.      I immediately called Mainline Plumbing to repair the pipe.  Due to the July 4th holiday they could not come out until July 7.  It took them two days to expose and repair the burst pipe.  I oversaw the work they did.  The area that was dug up was inundated with water.  The underside of the marble was very wet, the nearby wall and decorative paneling were also quite wet.  But at no time did I observe any mold anywhere, including in the drywall or decorative wood panels that had to be removed.  Nor did I ever observe any signs of long term water damage such as rot, fungus, spongy or soft wood, or odor.

6.      Around this time of late June to early July I did notice some loose marble tile in the house but that was not unusual as periodically tiles throughout the house have come loose, some of them nowhere near where the pipe burst.

7.      My son, Eyal Gamliel, handled the entire process of filing a claim.  I have had no direct interaction with State Farm.  My wife has not been involved at all in any way since we discovered the elevated water usage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022, at Los Angeles, California.

_Maliach Gamliel_
Maliach Gamliel

## PROOF OF SERVICE
### STATE OF CALIFORNIA , COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 16130 Ventura Blvd., Suite 650, Encino, CA 91436.

On February 14, 2022, I served true copies of the following document(s) described as **DECLARATION OF MAZLIACH GAMLIEL IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

Steven J. Elie, Esq.
Laura K. Kim, Esq.
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376
   s.elie@musickpeeler.com
   l.kim@musickpeeler.com
(Counsel for Defendant)

**BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from email address david@lakelawpc.com to counsel at the email address shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022, at Encino, California.

_____

David N. Lake