

**Goldak, Inc.**
15835 Monte St. Unit 104, Sylmar, CA 91342
818/367/0149 • 818/833/7694 fax
www.goldak.com

## SERVICE ORDER/RECEIPT

**DATE:** 7-2-20

**TECHNICIAN:** 15

**INVOICE TO:**
M. GAMLIEL
517 N FOOTHILL ROAD
BEVERLY HILLS, CA 90210

**ATTENTION:** _____

**PHONE #:** _____

**JOB SITE ADDRESS:**
517 N FOOTHILL ROAD
BEVERLY HILLS

**CONTACT NAME:** _____

**JOB SITE PHONE #:** _____

☐ **Check Box for a Formal Report/ Letter**

**SURVEY TYPE:**

PIPE & LEAK DETECTION SURVEY

**BASE PRICE $** PER QUOTE
**ADD. CHARGES $** _____
**TOTAL PRICE $** 295.00

**(BRIEF) DESCRIPTION OF WORK:**

COLD WATER SLAB LEAK - PIPE FEEDING WATER HEATER - LEAK UNDER CABINET - MARKED WITH BLUE TAPE ARROWS POINTING UNDER CABINETS - AREA MARKED WITH BLUE TAPE

**PAYMENT TERMS:**
☐ **NET 30 DAYS**
☒ **C.O.D./CASH**   PAID AMEX
☒ **C.O.D./CHECK#** _____
☒ **CREDIT CARD**
　**AUTHORIZATION #** 207504

**AUTHORIZATION TYPE:**

**PURCHASE ORDER #** _____

**CLAIM #** _____

**JOB #** _____

**CUSTOMER WORK AUTHORIZATION:** The signature below authorizes the work described above and the customer has read and understands the terms described on the reverse side.

**Customer's Signature X** _M. Gamliel_    **Date** _____ **Time** _____ am___pm___