# Mainline Plumbing and Rooter

12400 Ventura Blvd., #521     www.mainlineplumbingandrooter.com    818.509.1203     FAX 818.583.1785
Studio City, CA 91604       mlplumbing@yahoo.com       CA LIC 889632

---

**Date:** July 7 and 8, 2020
**Customer:** Menashe Gamliel       **Property Address:** 518 Foothill Rd Beverly Hills CA 90210

---

## INVOICE

### ISSUE AND SCOPE OF WORK:

There was a burst pipe in the foundation that needed replacement; two days' work, five men.

***TOTAL DUE: $7500.00***

**Gamliel 0017**