

State Farm General Insurance Company

August 24, 2020

Mazliach & Pnina Gamliel
C/o Law Offices of Eyal Gamliel
12021 Guerin St PH 8
Studio City, CA 91604

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

RE: Claim Number: 75-08Z4-86Q
Date of Loss: July 6, 2020

Dear Eyal Gamliel:

Thank you for allowing us to assist you with Mr. and Mrs. Gamliel's claim.

Our investigation and evaluation of this loss has determined that the damage is not covered by the policy. It was determined the plumbing line located in the slab of your home, confirmed by your plumber, had been leaking water continuously. This was determined by the increase in your water bill and the notice sent you from the City of Beverly Hills indicating you had a continuous water leak occurring on your property. It appears the predominate cause of the continuous water leak was due to the failure of the plumbing line from wear, tear and/or deterioration.

Your policy FP-7955 CA endorsed by FE-3422 specifically excludes coverage for wear, tear, and deterioration, continuous or repeated seepage or leakage of water, rot, mold, and subsurface water and states in part:

**SECTION I - LOSSES INSURED**

### COVERAGE A - DWELLING

We insure for accidental direct physical loss to the property described in Coverage A, except as provided in **SECTION I - LOSSES NOT INSURED**.

12. **Sudden and accidental discharge or overflow** of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or from within a household appliance.

SFMGAML_000199

Mazliach & Pnina Gamliel
75-08Z4-86Q
Page 2

This peril does not include loss:

    d.    caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, mold, or wet or dry rot.

### SECTION I - LOSSES NOT INSURED

1.    We do not insure under any coverage for any loss consisting of the items in paragraphs 2., 3., 4. or 5. below. This exclusion does not apply if the loss is caused by a peril which is not otherwise excluded.

2.    We do not insure for any loss to the property described in Coverage A which is caused by one or more of the items below, regardless of whether the loss occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

    g.    wear, tear, marring, scratching, deterioration, inherent vice, latent defect or mechanical breakdown;

    h.    corrosion, electrolysis or rust;

    i.    mold, fungus or wet or dry rot;

However, we do insure for any resulting loss from items a. through m. unless the resulting loss is itself a Loss Not Insured by this Section.

**FE-3422 HOMEOWNERS POLICY ENDORSEMENT (California)**

Item 12.d. is deleted.

Item 4.c. is replaced by the following:

4.  c.  **Water**, meaning:

    (1) flood, surface water, waves (including tidal wave, tsunami, and seiche), tides, tidal water, overflow of any body of water, or spray or surge from any of these, all whether driven by wind or not;

    (2) water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area;

    (3) water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

SFMGAML_000200

Mazliach & Pnina Gamliel
75-08Z4-86Q
Page 3

      (4) material carried or otherwise moved by any of the water, as described in paragraphs (1) through (3) above; or

      (5) continuous or repeated seepage or leakage of water or steam from a:

          (a) heating, air conditioning or automatic fire protective sprinkler system;

          (b) household appliance; or

          (c) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings or floors.

However, we do insure for any direct loss by fire, explosion or theft resulting from water, provided the resulting loss is itself a Loss Insured.

The following is added to item 4.:

  f. **Fungus**, including:

    (1) any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair or replacement of that property, by **fungus**;

    (2) any remediation of **fungus**, including the cost or expense to:

      (a) remove or clean the **fungus** from covered property or to repair, restore or replace that property;

      (b) tear out and replace any part of the building or other property as needed to gain access to the **fungus**;

      (c) contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the **fungus**; or

      (d) remove any property to protect it from presence of or exposure to **fungus**;

    (3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of **fungus**, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

However, we will pay for loss as specified under **SECTION I – PROPERTY SUBJECT TO LIMITATIONS**.

Under **SECTION I - PROPERTY SUBJECT TO LIMITATIONS**, your policy provides limited coverage for damage due to fungus (mold) if the predominant, or most important, cause of a loss is covered under **SECTION I** of the policy or directly results from one of the named perils described in **SECTION I - LOSSES INSURED, COVERAGE B - PERSONAL PROPERTY**.

The coverage provided by Endorsement FE-3422 does not apply to your claim, as the predominant cause of your loss, wear, tear, and deterioration resulting in continuous leakage and seepage, is excluded under **SECTION I - LOSSES NOT INSURED**, and mold/fungus was not a direct result from one of the named perils described in **SECTION I - LOSSES INSURED, COVERAGE B PERSONAL PROPERTY**.

If you have questions regarding any part of your claim and would prefer to discuss it with a person other than me, please feel free to contact, State Farm Insurance Companies, Team Manager, Jean Choi at (844) 458-4300 ext. 3099940896.

**SFMGAML_000201**

Mazliach & Pnina Gamliel
75-08Z4-86Q
Page 4

We are required by California Insurance Regulations, Section 2695.7(b)(3), to advise you that if you believe this claim, or any part of this claim, has been wrongfully denied or rejected, you may have the matter reviewed by the California Department of Insurance, Claims Service Bureau, 300 South Spring Street, Los Angeles, California 90013, telephone 800 927 4357.

The California Fair Claims Settlement Practices Regulations state that you must be notified of the following policy provision concerning suits against State Farm:

### SECTION I - CONDITIONS

6. **Suit Against Us**. No action shall be brought unless there has been compliance with the policy provisions. The action must be started within one year after the date of loss or damage.

The one-year period referred to does not include the time we take to investigate your claim. The time from the date of loss (July 6, 2020 ) to the date you reported your claim to your agent does count in computing the amount of time that has already expired.  The suit limitation period is again running as of the date of this letter.

This insurer reports claim information to one or more claim information databases.  The claim information is used to furnish loss history reports to insurers.  If you are interested in obtaining a report from a claim information database, you may do so by contacting:

Automated Property Loss Underwriting Service (A PLUS)
A –PLUS Customer Inquiry Center
545 Washington Blvd, 22nd Floor
Jersey City, NJ  07310-1686
1-800-627-3487
http://www.iso.com/products/2500/prod2562.html

Comprehensive Loss Underwriting Exchange (CLUE)
ChoicePoint National Consumer Disclosure Center/C.L.U.E.
PO Box 105108
Atlanta, GA  30348-5108
1-866-312-8076
http://www.choicetrust.com/servlet/com.kx.cs.servlets.CsServlet?channel=welcome&subchannel=clue

This Company does not intend by this letter to waive any policy defenses in addition to those stated above and reserves its right to assert such additional policy defenses at any time.

If you have any additional information regarding your claim which has not been previously considered or if you desire any additional explanation regarding this matter, please contact me.

Sincerely,

SFMGAML_000202

Mazliach & Pnina Gamliel
75-08Z4-86Q
Page 5

Stephanie Rofail
Claim Specialist
(844) 458-4300 ext. 3099944417
State Farm General Insurance Company

SFMGAML_000203