David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAZLIACH GAMLIEL AND PNINA GAMLIEL, INDIVIDUALLY AND AS TRUSTEES OF THE GAMLIEL FAMILY TRUST DATED JULY 31, 2008,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, AN ILLINOIS CORPORATION, AND DOES 1 TO 25, INCLUSIVE<br><br>        Defendants. | Case No. 2:21-cv-03427 MWF (DFMx)<br><br>(Case Assigned to Hon. Michael W. Fitzgerald)<br><br>**DECLARATION OF DAVID N. LAKE, ESQ. IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:        March 7, 2022<br>Time:        10:00 am<br>Courtroom.:  5A |

I, David N. Lake, , declare as follows:

1.      I am an attorney licensed to practice law before all courts of the State of California, and a partner in the Law Offices of David N. Lake, A Professional Corporation, counsel in this action to Plaintiffs.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.  I submit this declaration in support of Defendant's Motion to Compel.  I submit this declaration in support of Plaintiffs' opposition to Defendant's Motion for Summary Judgment and/or, In The Alternative, Partial Summary Judgment.

2.      I have attached hereto, as collective Exhibit 7, true and correct copies of selected pages from the deposition of Debby Figoni taken in this action on December 7, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022, at Encino, California.

_____

David N. Lake

**PROOF OF SERVICE**
**STATE OF CALIFORNIA , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 16130 Ventura Blvd., Suite 650, Encino, CA 91436.

On February 14, 2022, I served true copies of the following document(s) described as **DECLARATION OF DAVID N. LAKE, ESQ. IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

Steven J. Elie, Esq.
Laura K. Kim, Esq.
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376
   s.elie@musickpeeler.com
   l.kim@musickpeeler.com
(Counsel for Defendant)

**BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from email address david@lakelawpc.com to counsel at the email address shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022, at Encino, California.

_____
David N. Lake