**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAZLIACH GAMLIEL, et al.,        )
                                 )
                 Plaintiff,      )
                                 )
      vs.                        )   No. 2:21-cv-03427-MWF
                                 )                  (DFMx)
STATE FARM GENERAL INSURANCE     )
COMPANY, et al.,                 )
                                 )
                 Defendant.      )
_____)

DEPOSITION OF DEBBY FIGONI

December 7, 2021

Theresa JoAnn Phillips-Blackwell, CSR NO. 12700
478221

**BARKLEY**
*Court Reporters*
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose         (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento     (800) 222-1231 Martinez         (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside      (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn         (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago        00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAZLIACH GAMLIEL, et al.,          )
                                   )
            Plaintiff,             )
                                   )
     vs.                           )   No. 2:21-cv-03427-MWF
                                   )                (DFMx)
STATE FARM GENERAL INSURANCE )
COMPANY, et al.,                   )
                                   )
            Defendant.             )
_____)

     DEPOSITION OF DEBBY FIGONI taken remotely via

     Zoom at 10:02 a.m., Tuesday, December 7, 2021,

     before Theresa JoAnn Phillips-Blackwell,

     CSR 12700.

DEBBY FIGONI

BARKLEY
Court Reporters

APPEARANCES OF COUNSEL:

For Plaintiff:

DAVID N. LAKE, ESQ.

(Appearing via Zoom)

LAW OFFICES OF DAVID N. LAKE

16130 Ventura Boulevard

Suite 650

Encino, California  91436

(818) 788-5100

david@lakelawpc.com

For Defendant:

LAURA K. KIM, ESQ.

(Appearing via Zoom)

MUSICK, PEELER & GARRETT LLP

624 South Grand Avenue

Suite 2000

Los Angeles, California  90017

(213) 629-7600

l.kim@musickpeeler.com

BARKLEY
Court Reporters

I N D E X

DEPONENT              EXAMINED BY              PAGE

Debby Figoni         Ms. Kim                  5, 72

                     Mr. Lake                 62


                     EXHIBITS


DEFENSE                                       PAGE

1 - Notice of Deposition                      7

2 - Subpoena For Deposition of the Person    9
    Most Qualified at City of Beverly Hills

3 - Records From the City of Beverly Hills  12
    Water Department

4 - Letter Dated June 18, 2020               23

5 - Screenshot from the Aclara System        33

6 - Chart Showing Continuous Flow Occurring 61
    During May through July

DEBBY FIGONI

BARKLEY
Court Reporters

(Debby Figoni, deponent, was sworn, examined and testified as follows:)


DEPOSITION OFFICER:  You do solemnly state that the evidence you shall give in this matter shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.


EXAMINATION


BY MS. KIM:

Q.  Good morning.

A.  Good morning.

Q.  Please state and spell your full name for the record.

A.  Debby Figoni, D-e-b-b-y, F as in Frank, i-g-o-n-i.

Q.  Have you ever had your deposition taken before?

A.  Yes.

Q.  How many times?

A.  I believe this is the third time.

Q.  And how -- when was the last time you were deposed?

A.  Within the past year.  I -- yeah.

DEBBY FIGONI

BARKLEY
Court Reporters

A.   Does that make sense?

Q.   I -- I -- I'm still lost in a way.

So what on -- what on Page 10 shows that there's a pinhole leak or indication --

A.   Oh.

Q.   -- of a pinhole leak?

A.   Okay.  So when I look -- when I look at data I can see.  So if you have a pipe and there's a tiny, little pinhole leak -- I mean pinhole, you know --

Q.   Right.

A.   -- that water is such a strong element, that it will actually wear the pipe away.  And so the water moving past this tiny, little pinhole leak will make that pinhole get bigger, bigger, bigger.  And so when I see the continuous flow slowly getting bigger, bigger, bigger, most often that indicates that it's a pinhole leak in a pipe.

Q.   Okay.  And so taking the -- from what you said, can you walk me through how Page 10 shows you that the pinhole leak is there and why it's getting bigger and bigger and bigger?

A.   Yes.

Q.   Okay.

MR. LAKE:  If I may, just before you do that, I'm going to interpose an objection.  I think it's -- I

29

BARKLEY
Court Reporters

don't think she said that it is a pinhole leak.  She

said it might be a pinhole leak.  So I think it

mischaracterizes her testimony.

THE WITNESS:  True.  Very true.

MR. LAKE:  Go ahead.

BY MS. KIM:

Q.  Okay.

A.  Yeah.  You -- you never know.  I tell people, This is what I believe.  And I'm very careful in my wording, even when I e-mail people --

Q.  Right.

A.  -- because I'm not at your house and I can see it.

Q.  Okay.

A.  I don't know.  I just know -- I've worked on 8,000 of these.  I know what it typically is.  And I say, It's quite possibly, it could be -- you know, it could be.  So --

Q.  So -- yeah.

So going back.  So what on Page 10 indicates that there could be a pinhole leak at 517 Foothill?

A.  I'm not sure if -- my eyes are really trained to do it.  I don't know if you can tell, but on 5/24 the space between the zero axis and the dark line of triangles is much smaller than it is at 6/20 -- at 6/14.

30

BARKLEY
Court Reporters

Page 2 of Exhibit 3 there's -- the next entry is dated September 21, 2020, at 1:51.

A. Yep.

Q. And you wrote, "He called with new CF issue. Started 9/7 in the afternoon.  Is getting bigger and bigger.  Started at 3 gph and now 7 gph.  He will check all toilets to start."

Can you tell me about this entry.

A. So now he has signed up for Water Tracker program.

Q. Yes.

A. He's a good listener.  And he called me because he had an alert with a continuous flow.  It started on September 7th.  And so I'm looking -- I look at the data.  It started at about 3 gallons an hour and, you know, in the couple weeks got up to 7 gallons an hour.

Again, typically, I would say 80 percent of the issues I deal with are running toilets.  And so I always have people check their toilets first.  He did.  And it was one of his toilets.

Q. Okay.  And so as of the following day, the flow went to zero?

A. Exactly.  Yes.

Q. And for you to reach that conclusion, you looked at the interval data for that date; and you saw

50

DEBBY FIGONI

BARKLEY
Court Reporters

that -- not everybody moves at the pace I'd like them to in terms of saving water.  So it appears pretty quickly he called the leak detection company.

Q.  And that's sort of what I'm driving at, I guess, is in your experience dealing with however many homeowners you deal with in Beverly Hills --

A.  1500 a year.

Q.  -- this -- okay -- this -- this -- would you characterize this as a pretty rapid response by a homeowner?

A.  Absolutely.

Q.  Okay.

A.  Yeah.

Q.  And it looks like that not only was the leak detection company out there and the issue determined quickly, but it looks like that the continuous flow issue was stemmed fairly quickly as well -- I think just a couple days later -- is that right?

A.  Yes.  Yeah.

Q.  And again, would that -- would that, given your experience, fall within sort of a real diligent effort to get this under control?

A.  Yes.  Yeah.  I think I even said, "Good job," in one of the e-mails.

Q.  Okay.  Now, prior to -- given the -- strike

65

BARKLEY
Court Reporters

little bit because I have some notes here.  I apologize.

I don't know if you can hear my dogs in the background.

I apologize if you can.  Let me pull up my notes here.

MS. KIM:  I said, I love it, David.

MR. LAKE:  I appreciate that.  It was --

Off the record for a moment.

(Discussion held off the record.)

MR. LAKE:  Let's go back on the record, if we can.

BY MR. LAKE:

Q.  So -- so in terms of the -- the location of the pipe question, do you have any firsthand knowledge of where that was located?  And I don't mean within the -- like, what room of the house.  But do you know if was under the house, in the foundation of the house, or some other location?

A.  He told me it was in the floor.  I have no idea, you know.  But he told me it was in the floor and the leak detection company marked it.

Q.  Okay.  Did you ever go out to the property to look at it?

A.  Not during that time, no.

Q.  Okay.  Did you go out at any time?

A.  I went out there, oh, maybe, like, six -- six, eight months ago.  I went out there just to drop off --

70

DEBBY FIGONI

BARKLEY
Court Reporters

I have, like, goody buckets, like, buckets that have bucket list tips and I have, like, little goodies.  And he wanted -- a lot of my residents want to meet me because I help people a lot, and I'm very personable, and I'm very -- I'm very, very helpful.  I'm really passionate about what I do.  People always want to meet me.  It's the weirdest thing.  So often I just FaceTime them.  Okay.  Like, now you got to see my face.  I still want to meet you.  Come over for coffee.  It's cute.

Q.  Okay.  But -- so I guess -- and by the way, you are very personable.  I appreciate that.

But you didn't -- you didn't go to the property because of this issue?

A.  I did not, no.

Q.  Okay.

A.  Yeah, no.

Q.  Okay.  I might be -- that might be all that I have for you.  I think that -- pretty comprehensive otherwise.  So -- okay.

Well, let me -- strike -- let me strike down the -- did you have any communications with Mr. Gamliel or any of his representatives about whether or not insurance was providing coverage for this loss?

A.  No.  No.

Q.  Okay.

DEBBY FIGONI



A.   I don't know what insurance companies cover. Yeah.

MR. LAKE:  Okay.  I don't have anything further at this time, if you, Laura --

MS. KIM:  I have one last one.

FURTHER EXAMINATION

BY MS. KIM:

Q.   Did you have any conversations with anyone at State Farm concerning the continuous flow issue during May through July of 2020 concerning 517 Foothill?

A.   No, I did not.

MS. KIM:  We can go off the record.

(Discussion held off the record.)

MS. KIM:  Ms. Figoni -- Debby, if that's okay, so Theresa will send you your transcript of, you know, everything transcribed, like, a booklet or it will be e-mailed PDF format.  You can read -- read it over.  And there'll be an errata sheet.  So if you want to make any changes, you can.  You put the page number and you say, you know, his to her, that kind of thing, whatever changes.

And then she'll have instructions for you to e-mail it back to her or send it back to her.  And then

72

DEBBY FIGONI

BARKLEY
Court Reporters

DEPOSITION OFFICER'S CERTIFICATE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I, Theresa JoAnn Phillips-Blackwell, hereby certify:

I am a duly qualified Certified Shorthand Reporter in the State of California, holder of Certificate Number CSR 12700 issued by the Certified Court Reporters' Board of California and which is in full force and effect. (Fed. R. Civ. P. 28(a)(1)).

I am authorized to administer oaths or affirmations pursuant to California Code of Civil Procedure, Section 2093(b) and prior to being examined, the witness was first duly sworn by me. (Fed. R. Civ. P. 28(a)(a)).

I am not a relative or employee or attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in this action. (Fed. R. Civ. P. 28).

I am the deposition officer that stenographically recorded the testimony in the foregoing deposition and the foregoing transcript is a true record

/ / /

75

BARKLEY
Court Reporters

of the testimony given by the witness.  (Fed. R. Civ. P. 30(f)(1)).

Before completion of the deposition, review of the transcript [XX] was [  ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed, are appended hereto.  (Fed. R. Civ. P. 30(e)).

Dated:   December 21, 2021

*Theresa Phillips-Blackwell*

_____

76

DEBBY FIGONI

BARKLEY
Court Reporters