UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-3427-MWF(DFMx)**                Dated: **March 7, 2022**

Title:       Mazliach Gamliel, et al. *-v-* State Farm General Insurance Company, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Amy Diaz
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

David M. Lake                          Laura K. Kim

**PROCEEDINGS:          TELEPHONIC MOTION FOR SUMMARY JUDGMENT
AND/OR IN THE ALTERNATIVE, PARTIAL SUMMARY
JUDGMENT[15]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                    :11 min