JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZLIACH GAMLIEL, et al., | ) Case No. 2:21-cv-03427 MWF (DFMx) |
| Plaintiffs, | ) (Case Assigned to Hon. Michael W. Fitzgerald) |
| vs. | ) |
| STATE FARM GENERAL INSURANCE COMPANY, et al., | ) **ORDER OF DISMISSAL** |
| Defendants. | ) |

**PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that the above-entitled action and all Defendants named in the Complaint on file herein are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).

Dated: May 10, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER OF DISMISSAL
1